PROB 12A
(4/08) Revised

# United States District Court
## for the
## DISTRICT OF MARYLAND

### Report on Offender Under Supervision



Offender: Percy Orlando Harrod          Case Number: 1:02CR00198
Sentencing Judicial Officer: Frederic N. Smalkin, Senior U.S. District Judge
Court Location: Baltimore, Maryland          Date of Original Sentence: 10/30/2002
Original Offense: Witness Retaliation
Original Sentence: 42 months Custody with 3 year(s) Supervised Release to follow
Type of Supervision: TSR
Date Supervision Commenced: 08/10/2005          Date Supervision Expires: 08/09/2008

## STATUS REPORT

On August 4, 2008, the Court ordered that a Show Cause Hearing be held regarding an alleged violation of supervised release for Mr. Harrod. Specifically, he was charged in an Indictment with four charges related to distribution of narcotics, in the Anne Arundel County Circuit Court, Case 02-K-08-0672. On August 8, 2008, an Initial Appearance for the violation of supervised release was held; however, a violation hearing was not scheduled as the charges had not been adjudicated. On August 13, 2008, the charges in the pending case were Nolle Prossed.

## U.S. PROBATION OFFICER ACTION

Accordingly, I am requesting the violation be dismissed, and Mr. Harrod's case be closed by expiration, which occurred August 8, 2008.

Respectfully Submitted By:

Brett Bjork, U.S. Probation Officer

August 18, 2008

Date

Reviewed and Approved By:

Stephanie V. Lee, Supervisory U.S. Probation Officer

8/18/08

Date

## COURT ACTION

[✓] Agree with USPO action
[ ] Disagree. Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Disagree. Submit a Request for Warrant or Summons
[ ] Disagree. Other

Richard D. Bennett
United States District Judge

Date August 18, 2008