PROB 12A
(4/08) Revised

# United States District Court
## for the
## DISTRICT OF MARYLAND

### Report on Offender Under Supervision

Offender: Percy Orlando Harrod  
Case Number: 1:02CR00198  
Sentencing Judicial Officer: Frederic N. Smalkin, Senior U.S. District Judge  
Court Location: Baltimore, Maryland  
Date of Original Sentence: 10/30/2002  
Original Offense: Witness Retaliation  
Original Sentence: 42 months Custody with 3 year(s) Supervised Release to follow  
Type of Supervision: TSR  
Date Supervision Commenced: 08/10/2005  
Date Supervision Expires: 08/09/2008  

### STATUS REPORT

On August 4, 2008, the Court ordered that a Show Cause Hearing be held regarding an alleged violation of supervised release for Mr. Harrod. Specifically, he was charged in an Indictment with four charges related to distribution of narcotics, in the Anne Arundel County Circuit Court, Case 02-K-08-0672. On August 8, 2008, an Initial Appearance for the violation of supervised release was held; however, a violation hearing was not scheduled as the charges had not been adjudicated. On August 13, 2008, the charges in the pending case were Nolle Prossed.

### U.S. PROBATION OFFICER ACTION

Accordingly, I am requesting the violation be dismissed, and Mr. Harrod's case be closed by expiration, which occurred August 8, 2008.

Respectfully Submitted By:  
*Brett Bjork*  
Brett Bjork, U.S. Probation Officer  

Reviewed and Approved By:  
*Stephanie Lee*  
Stephanie V. Lee, Supervisory U.S. Probation Officer  

August 18, 2008  
Date  

8/18/08  
Date  

### COURT ACTION

[✓] Agree with USPO action  
[ ] Disagree. Submit a Request for Modifying the Conditions or Term of Supervision  
[ ] Disagree. Submit a Request for Warrant or Summons  
[ ] Disagree. Other  

*William D. Quarles*  
William D. Quarles, U.S. District Judge  

8/19/08  
Date